

DOCUMENT # 1   PAGE  1  OF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Claimant/ Petitioner

**FILED**

11-13-14
NOV 1 3 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Anthony Szach

V

Respondents/ defendants

The VILLAGE OF LINDENHURST [a mucicipal
Corporation] police Ofc. John Fisher, Ofc. Ralph
Goar, chief Kevin Klahs, village trustees Dominic
Marturano, village mayor Susan Lahr, Deputy clerk
Vicki Vanslochteren, treasurer Art Neubauer, Admin-
Istrator Matt Formica, District attorney Brett Henne,
NINETEENTH JUDICIAL CIRCUIT COURT OF
LAKE COUNTY Hon. Judge Helen Rosenberg,
Public defender Elizabeth Schroeder, States attorney
Michael Nerheim, court reporter Barbara Franger,
ILLINOIS SECRETARY OF STATE DMV Jesse
White, ILLINOIS ATTORNEY GENERAL
Lisa Madigan.

CASE #  14cv7441     CLAIM

Declaratory judgment  and record

Government exceeded its jurisdiction

criminal/ civil charges

USC Title 18 Sec. 241,242,
1951.

amount demanded $ 86,000.

FILE ON DEMAND

REMOVAL AMENDED

## INTRODUCTION

This amended writ is to substitute the original complaint, which may not have satisfied the format of the

Federal court rules. Anthony Szach, one of the people, a sovereign citizen of the United States of

America, appearing as natural human being [am-jure] regardless of deemed and artfully plead, this writ

Must be held to a less stringent standard than formally drafted pleadings of Bar Association attorneys,

And can only be dismissed for failure to state a claim that shows no controversy of law or failure to

Show unlawful acts committed by respondents in this matter.

I Anthony Szach, solemnly swear under oath and perjury, that the statements made hereto are to the best

of my knowledge. I hereby indemnify the judge in this matter for his or her decisions that are made on

Behalf of Anthony Szach in this court will not harm the public or public property in any way.

CaSe#14cv7441     DOCUMENT # 1 PAGE 2 OF

## JURISDICTION AND VENUE

1. This court has jurisdiction of these actions pursuant to 28 USC Sec. 1331, 1343, and 1367.

2. Venue is proper under 28 USC Sec. 1391[b]. All parties reside in this judicial district, and the Events giving rise to the claims in this removal [complaint] occurred in this district.

## PARTIES

3. Anthony Szach, the claimant is a forty four years old, domiciled in Gurnee, Illinois for around Eighteen years and is an automobile mechanic as his profession, and hereto will refer to Anthony Szach the claimant as SZACH.

4. The VILLAGE OF LINDENHURST is a municipal corporation and is the town where the events And or actions occurred, and is duly incorporated under the laws of the State of Illinois, and is or Was the employer and principal of its village police officers.

5. Lindenhurst police Ofc. John Fisher hereto will refer to as FISHER is or was an employee of Defendant village Lindenhurst police department hereto will refer to as LPD, and was under color Of law on or around the date of January 4, 2013 which was when the events or actions occurred.

6. LPD Ofc. Ralph Goar hereto will refer to as GOAR, is or was an employee of defendant village LPD and under color of law on the date the events or actions occurred.

7. LPD chief Kevin Klahs hereto will refer to as KLAHS, is or was an employee of defendant village And under color of law on the date the events or actions occurred.

8. Defendant village trustee, Dominic Marturano hereto, will refer to as MARTURANO is or was an Employee of defendant village and under color of law on the date the events or actions occurred.

9. Defendant village mayor Susan Lahr, hereto will refer to as LAHR, is or was an employee of Defendant village and under color of law on the date the events or actions occurred.

CaSe #14cv7441 DOCUMENT # 1 PAGE 3 OF

10. Defendant deputy clerk, Vicki Vanslochteren hereto will refer to as VANSLOCHTEREN is or was An employee of defendant village and under color of law on the date the events occurred.

11. Defendant treasurer Art Neubauer hereto will refer to as NEUBAUER, is or was an employee of Defendant village and under color of law on the date the events or actions occurred.

12. Defendant administrator, Matt Formica hereto will refer to as FORMICA is or was an employee of Defendant village and under color of law on the date the events or actions occurred.

13. Defendant district attorney Brett Henne hereto will refer to as HENNE is or was an employee of Defendant village and under color of law on the date the events or actions occurred.

14. Defendant , Judge Helen Rozenberg of the nineteenth Judicial circuit court of Lake County, hereto Will refer to as ROSENBERG, is or was the employed for the Lake County court and duly incorp- - orated under the laws of the State of Illinois, and at all relevant times is or was acting within the Scope of her employment and under color of law on the dates the events or actions occurred.

15. Defendant Michael Nerheim, hereto will refer to as NERHEIM is or was the State attorney of the Lake County Nineteenth Judicial Court and duly incorporated under the laws of the State of Illinois, And at all relevant times is or was acting within the scope of his employment and under color of Law on the dates the actions occurred.

16. Defendant Barbara Franger, hereto will refer to as FRANGER is or was the court reporter for the Nineteenth Judicial Circuit Court of Lake county, and duly incorporated under the State of Illinois, And at all relevant times is or was acting within the scope of her employment and under color of Law on the dates the events or actions occurred with SZACH in the courtroom where she was Employed as the court reporter.

Case#14cv7441    DOCUMENT # 1    PAGE 4 OF

17.   Defendant Lisa Madigan hereto will refer to as MADIGAN is or was employed as the State of

      Illinois Attorney General and duly incorporated under the laws of the state of Illinois, and at all

      Relevant times is or was acting within the scope of her emplonment on the dates the events

      Occurred.

18.   Defendant Elizabeth Schroeder hereto will refer to as SCHROEDER is or was employed for the

      Nineteenth judicial circuit court of Lake County as a public defender, and duly incorporated under

      The laws of the State of Illinois, and at all relevant times is or was acting within the scope of her

      Employment and under color of law on the dates the events occurred.

19.   SEC RETARY OF STATE Jesse White hereto will refer to as WHITE is or  was employed

      for the Illinois Secretary of State D.M.V. and duly incorporated under the laws of the state

      Of Illinois, and at all relevant times is or was acting within the scope of his employment and under

      Color of law on the dates the events occurred, and actions that continue by him and or the

      SECRETARY OF STATE D.M.V.

### FACTS/ EVENTS

20.   On or around the date of January 4, 2013 and the time 9: 30 PM SZACH was unlawfully stopped

      While using automobile travel eastbound on Rt. 132 in Lindenhurst Il. By defendant FISHER of

      LPD who was tailing him in his municipal vehicle. FISHER used his police vehicle emergency

      Lights when there was no emergency, and knowing of no crime committed or about to be commit-

      -ted, as FISHER with criminal intent, malice, and reckless indifference to SZACH'S rights had

      Under pretense and color of law, used reasons of the Illinois Vehicle code which is a policy the

      LPD has adopted to use under their employment.

CaSe#14cv7441     DOCUMENT # 1  PAGE 5 OF

21. After SZACH was stopped, defendant FISHER after demanding driver license from SZACH, he

Had verbally stated in intimidating manner quote: "step out of your car!" SZACH refused to step

Out of his car and he asked FISHER for the reason for being stopped.  FISHER replied reasons of

The Illinois vehicle code and verbally said, qupte; " I want you to perform sobriety tests to see if

You are ok to drive, and if you do not, I am going to take you to jail." SZACH being scared by the

Intimidating threat had stepped out of his car. Defendant GOAR was suddenly present as SZACH

had refused a breathalyzer test demanded by FISHER as he ordered SZACH to put his hands behind

His back and stated quote: you are under arrest, or "you are under arrest for D.U.I. Defendant

GOAR had the opportunity to prevent unlawful conduct of his fellow officer and failed to do so.

22. Defendant FISHER and or GOAR had searched SZACH'S automobile, and seized his automobile,

Having it towed away without his consent or a warrant from the court under the fifth amendment

Of the constitution of the United States of America.

23. SZACH was kidnapped in the detention of the LPD by defendant FISHER, who then verbally said

In intimidating manner quote:" Do you want to confess to drinking otherwise I will charge you with

A felony and obstructing justice." SZACH had refused the terms demanded upon him.

24. While in custody of LPD, defendant FISHER had asked SZACH if he had three-hundred dollars

To post bail, and after SZACH replied "no" another officer had went into SZACH'S wallet and had

Taken out a one-hundred dollar bill without his consent, robbing him and threw the American debt

Note to FISHER who had the opportunity to prevent his fellow officer of unlawful conduct and

Failed to do so with malice and reckless indifference to the inherent rights of SZACH.

Case#14cv7441 DOCUMENT # 1 PAGE 6 OF

25. The SECRETARY OF STATE office under the supervision of Jesse White as the chief officer duly

Incorporated under the laws of the state of Illinois, had after receiving notice from LPD and or the

NINETEENTH JUDICIAL CIRCUIT COURT of Lake County, of the citations LPD had issued to

SZACH without his consent, the SECRETARY OF STATE office with malice, and reckless indiffer

-ence to SZACH'S rights had made a arbitrary decision on or around the date February 20, 2013

issued a three year summary suspension of SZACH'S license without his consent or due process of

Law under the fifth amendment of the United States of America.

26. Defendant ROZENBERG is or was the preciding associate judge on the date of May 15, 2013 court-

Room c-403 or c-402 where SZACH was ordered to appear by LPD under color of law. Defendant

SCHROEDER was SZACH'S public defender and acted as his council and under color of law.

Defendant ROZENBERG with MALICE and reckless indifference to SZACH'S rights had denied

His motions to dismiss for violations of his first and fourth amendment rights secured by United

States constitution committed by LPD, and her knowing of no cause of action brought forth by

Defendant village prosecutor defendant HENNE. ROZENBERG had the fiduciary duty to safeguard

The liberties and or rights of citizens and deliberately failed to do so in her official capacity, and she

With MALICE and RECKLESS indifference to SZACH'S inherent rights had denied him of the

Removal of the three year summary suspension of his class D driver license, because of her

conspiracy with defendants ET AL with intent to fraud SZACH.

27. It is my[SZACH] belief under common law that defendant ROZENBERG acting in excess of her

Judicial authority constitutes misconduct, as she deliberately disregarded the requirements of fair-

-ness and due process under the fifth amendment of United States constitution, as Supreme court

Case law states [cannon v commission on judicial qualifications- 1975, 14 Cal. 3d 678, 694, Acts in

Excess of judicial authority constitutes misconduct, particularly where a judge deliberately dis-

-regards the requirements of fairness and due process.

case #14cv7441     DOCUMENT # 1 PAGE 7 OF

28. Defendant SCHROEDER acted in collusion with defendants ET AL as SZACH'S public defender

As she deceitfully did not give due process as her fiduciary duty under the laws of Illinois, when

she with MALICE and indifference to SZACH'S rights, had insisted that he accept a bench trial

Rather than a jury trial, as SZACH strongly insisted, it is SZACH'S belief that his court case may

Have been dismissed if SCHROEDER acted lawful in her capacity. After the convictions in court

SZACH had called on SCHROEDER to ask her about appealing his case and she deceptively said

Quote;" I don't know, we can try to file a motion to reconsider judgment." SZACH had her file a

Motion to reconsider, and when both had appeared in court with defendant ROSENBERG she had

Denied the motion and in turn stated quote; " I don't think you can appeal a traffic ticket"

### Declaratory judgment claim

29. The claimant re-alleges paragraphs 1 through 27 as if fully restated here.

30. Because the defendants ET AL causes of action under color of law, committed on SZACH, he

Believes that he will be arrested again by defendants ET AL under pretense, criminal intent,

And conspiracy if he tries to use vehicle travel as his inherent right, with or without a license, as he

Has been afraid to do so since on or around February 20, 2013. Because of the actions executed by

Defendants ET AL unlawfully, and SZACH not appealing his case in time because of the deceit of

Defendants ROSENBERG and SCHROEDER ET AL he has no remedy at law but to file this

Declaratory Judgment.

Case# 14cv7441    DOCUMENT # 1   PAGE 8 OF

31.  The claimant [SZACH] is an automobile mechanic as his profession and uses and needs a valid class
      -D driver license as a requirement by any employers to hire him for employment. Because of the
      Actions by defendants ET AL, SZACH has lost opportunity by automotive franchises/ shops, as
      Well as the the Right to Travel unemcumbered in his every day activities without being unlawfully
      Stopped by law enforcement agencies such as Defendant village and is another reason SZACH has
      Filed this Declaratory Judgment, and will be proven at trial.

32.  The court procedding that had taken place on May 15, 2013 in Lake County is null and void, in my
      Belief under common law as it is stated in case law, [Owens v City 445, U S 662 [1980]
         " The state is prohibited from violating substantive rights"

33.  The above mentioned court proceeding had not proven jurisdiction and will be questioned and
      Proven at trial. [ Main v Thiboutot 100 S. Ct. 2501 [1980] states ; "The law provides that once
      State and Federal jurisdiction have been challenged, it must be proven.

**First amendment right to Travel violation/ Title 18 conspiracy against rights**

34.  The defendant parties operating in collusion with each other had acted on the all capital letter
      Fiction name ANTHONY SZACH, which is diverse from Anthony Szach the real party in
      Interest who is a man, a natural blood and flesh being whom did not consent to contracts, bonds,
      Fees, Driver license restriction, or other actions committed by defendants who all acted under
      Color of law.

35.  SZACH [Anthony Szach] is a man, and has a right to engage in inherent rights secured by the
      Constitution of the United States of America, and with lawful excuse engage in those rights while
      Ignoring unlawful statutes, codes, regulations, imposed by government.

36.  SZACH [Anthony Szach] was and is the sole beneficiary as he was not, and is not the legal fiction
      In which all defendant parties had acted upon without the consent of Anthony Szach [SZACH].
      SZACH [Anthony Szach] is entitled to any funds, bonds, attached to SZACH [Anthony Szach].

CaSe #14cv7441 DOCUMENT # 1  PAGE 9 OF

**Claimant unlawfully charged and maliciously prosecuted for traffic citations**

37. SZACH [Anthony Szach] denies that defendant parties, agencies, corporations, or entities has any

    Right to any account, property, or to impose any duties of SZACH [Anthony Szach] and defendants

    Have no proof of lawful contracts or lawful claim with SZACH [Anthony Szach]. The defendant

    Parties are barred from imposing unlawful regulations, acts, codes, or statutes such as Illinois

    vehicle code, Highway traffic Act, which contravenes Illinois State constitution law and federal

    Constitution law. If this court fails to enjoin ALL defendants from imposing unlawful actions as

    Stated above and hereto, the defendants ET AL will continue to commit the crimes against SZACH

    And other citizens creating substantive economic damages and burdens to all citizens and the

    Federal government because of unlawful regulations created by state government agencies.

### COUNT I  USC Sec 1912 First Amendment Right to travel  Claim

38. Claimant SZACH re-alleges paragraphs 1- 37 as if fully restated here.

39. It is my belief under common law that Because defendant FISHER stopped SZACH under pretense,

    he had violated his first amendment constitution right to be secure  in his person and his inherent

    right to conveyance by automobile.

### COUNT II  720 ILCS 1961  Art. 26  Disorderly Conduct

40. It is my belief under common law that Defendant FISHER acted in unreasonable manner when he

    alarmed and disturbed SZACH and or the public by using his emergency lights in order to make a

    traffic stop and in turn provoking breach of the peace.

### COUNT III  UCS 1951[a] Interference with commerce Claim

41. It is my belief under common law that defendant FISHER violated USC 1951 as he ignored his fiduc-

    -ciary duty under state of Illinois law to safeguard the right to travel by SZACH in his automobile.

CaSe#14cv7441          DOCUMENT # 1  PAGE 10  OF

41. Also FISHER had threatened to incarcerate SZACH by detention in the LPD by force under color
Of law if he did not comply with FISHER when he demanded SZACH step out of his automobile
For his reason to racketeer SZACH later in conspiracy with ET AL,

42. It is my belief under common law that defendant ROZENBERG violated USC 1951 as she ignored
The laws of the State of Illinois she was incorporated to comply with, as she used her capacity as a
Elected associate judge and under color of law to deceive SZACH by denying him a hearing that
Was required by law to remove the three year summary suspension, and will be proven at trial.

43. It is in my belief under common law that defendant WHITE while being the chief official of the
Illinois SECRETARY OF STATE office, violated USC 1951 because his office had a duty to up-
Hold the laws of Illinois state constitution, as his office committed fraud on SZACH by restricting
Lawful usage of the driver license contract without the consent of SZACH by issuance of the three
year Summary suspension that was arbitrarily made by his office under his supervisory orders. By
this unlawful act committed by defendant WHITE, it denies the commerce use of the license that
SZACH used with his automobile travel as his inherent right and it deprives SZACH also of the
Commerce use of the license which needed as an automobile mechanic. Because of the economic
burden Placed upon SZACH by the unlawful actions of WHITES office under his command he
suffers not only substantial economic damages but also substantial psychological and emotional
damages as well and will be proven at trial. Murdock v. Penn. 319 U.S. 105: No state shall convert
a liberty in to a privilege, license it, attach a fee to it.

### COUNT IV USC Sec. 1201 KIDNAPPING

44. It is my belief under common law, defendant FISHER violated USC 1201 when he confined SZACH
Against his will after threatened once and he confined SZACH in the LPD he held SZACH for
Ransom by demanding bail of three hundred dollars of American currency before he would let
SZACH leave the premise without his consent.

case#14cv7441     DOCUMENT # 1 PAGE 11 OF

### COUNT V USC Sec. 2236 Search without Warrant Title 18 Claim

45. It is my belief under common law that defendants FISHER and GOAR violated USC Sec. 2236

And violating SZACH'S fourth amendment constitutional right by searching his automobile while

No crime was committed without fifth amendment due process, and without SZACH'S consent.

### COUNT VI USC Sec. 2112 Personal Property Robbery Title 18 Claim

46. It is my belief under common law that defendants FISHER and GOAR violated USC Sec. 2112

When they seized his automobile by having it towed by a towing company when no crime has been

Committed,and without his consent or a warrant from the court.

### COUNT VII 720 ILCS 5/18 [b]1 Aggravated Robbery Title 18 Claim

47. It is my belief under common law that aggravated robbery occurred to SZACH by a alias LPD

Officer and defendant FISHER was an accomplice to the act in which occurred in the LPD when

The alias had taken one hundred dollars American currency from SZACH while he was detained.

### COUNT VIII USC Sec. 241 Conspiracy against rights Title 18 Claim

48. The claimant SZACH re-alleges paragraphs 1-47 as if fully restated here.

49. It is my belief under common law that ALL defendants ET AL have violated USC Sec. 241 as in

My belief defendant WHITE while incorporated under the laws of the state of Illinois acts under

Color of law and under pretense in collusion with ALL village municipalities police departments

In the state of Illinois, whom make traffic stops of citizens[as in this matter] in order to unlawfully

Recketteer citizens as Defendant WHITES office immediately suspended the license of SZACH

Without procedural due process as required under the fifth amendment of the constitution of the

United States of America.Defendant ROZENBERG conspired with defendant WHITE'S office

While in her official capacity as she deliberately ignored the laws of the state of Illinois that she

Is or was incorporated under as she pursued malicious prosecution in collusion with defendant

Henne the village prosecutor, while both knew of no cause of action to prosecute.

CaSe#14cv7441     DOCUMENT # 1  PAGE 12  OF

49. Defendant NERHEIM is or was the state attorney of Lake County Nineteenth circuit court and

Deliberately permitted prosecution of SZACH'S case matter while being in collusion with defend-

-ants HENNE and ROZENBERG, with intent to racketeer SZACH of American currency, and the

Collusion of defendants ET AL will be proven at trial.[ Spreckles v. Graham ]: Courts are not at

Liberty to extend application of law to subjects not included within it.

### COUNT  IX USC Sec. 2384 SEDITIONARY TREASON  Title 18 Claim

50. The claimant SZACH re-alleges paragraphs 1- 49 as if fully restated here.

51. It is my belief under common law that ALL defendants ET AL, by acting in conspiracy to oppose

The authority of constitution laws while employed as government officials incorporated under the

Laws of the state of Illinois, have committed seditionary treason.In my belief under common law

Defendant village trains its police officers to oppose state constitutional rights of citizens and make

Traffic stops with criminal intent of robbery, threat to interfere with commerce, and prevent free

Enjoyment of rights of citizens including SZACH in this matter. Defendant Rozenberg opposed the

Laws of Illinois constitution by hindering SZACH'S right to due process under the fifth amendment

With reason to hinder his right to commerce of his driver license in order to racketeer him.Defend-

-ant WHITE allowed his office and or employees to conspire with defendants ET AL and oppose

The constitutional right of SZACH to use a driver license as their fiduciary duty under state law.

Defendant HENNE executed a malicious prosecution against SZACH while opposing constitution

Laws of Illinois. Defendant Nerheim opposed the constitutional laws of Illinois and allowed the

Malicious prosecution of SZACH. Defendant SCHROEDER opposed the laws of the state of

Illinois as she used her official capacity to mislead SZACH to a bench trial intentionally in order to

Conspire with ET AL to racketeer him, and all the criminal actions committed hereto will be

Proven at trial.

Case# 14cv7441     DOCUMENT # 1  PAGE 13  OF

## COUNT  X  Unlawful  Arrest  Title 18 Claim

52. As more fully described above, defendant officers arrested SZACH without a warrant, probable

cause, or any unlawful justification to do so in violation of SZACH'S rights under the fourth

amendment of the United States constitution.

53. The misconduct described in the preceding paragraphs was undertaken according to the policy and

Practice of defendant village. The defendant village officers ET AL are being sued in their individual

Capacities for declaratory and injunctive relief.

54. On information in my belief, under common law, defendant village trains and encourages its

Officers under color of law to stop citizens from using automobile travel under fabricated pretense or

Of the Illinois vehicle code, with willfulness and reckless indifference to peoples common law rights

While ignoring first, fourth, and fifth amendment rights of citizens for their purposes for detaining

And racketeering citizens in conspiracy, and under color of law.

55. In this way, defendant villages express or implied policy and or practice resulted in the violations of

SZACH'S rights since it created the opportunity for defendant officers to commit the foregoing acts

or violations of the United States constitution.

56. As a direct and proximate result of defendant villages policies, and practices, and the policies and

Practices of SECRETARY OF STATE office under defendant WHITE supervising and or training,

And the practices and or policies of defendants NERHEIM, Rozenberg, and SCHROEDER in their

Official capacity, SZACH has suffered substantial psychological,economical, and emotional damages

Which will be proven at trial.WHEREFORE SZACH respectfully prays and requests  judgment against

defendant village, and ET AL, in a fair and just amount sufficient to compensate him for injuries he has

suffered, plus costs and real damages, and the punative sentencing of prison time for ALL defendants

and all other relief this court finds just and equitable.

57. Illinois law provides that public entities, such as defendant village, ard directed to pay any

CaSe#14cv7441    DOCUMENT # 1 PAGE 14 OF

Compensatory damages on a tort judgment against any employees who was acting within the scope

Of his or her employment.

58. At all relevant times, defendant officers, were or are agents of defendant village, and acting within

The scope of their employment as Lindenhurst police officers. Defendant village rherefore, is liable as

Principal for all torts committed by defendant officers.

59. Defendant WHITE SECRETARY OF STATE is being sued in his official capacity for declaratory,

And prospective compensation relief, and injunctive relief and any other relief this court may find jus

60. Defendant NERHEIM is being sued in his official capacity for purposes of declaratory and

injunctive relief.

61. Defendant ROZENBERG is being sued in her individual capacity for purposes of declaratory, and

Prospective, relief and injunctive relief.

62. Defendant SCHROEDER is being sued in her individual capacity for purposes of declaratory and

Injunctive relief.

63. Defendant MADIGAN is being sued in her official capacity for purposes of declaratory and

injunctive relief.  Government officials may be sued in their individual capacities; [Kentucky v. Graham

473 U S 159, 165, [1985]  Judicial officers do not have immunity from injunctive relief [ pulliam v

Allen 466, U S 522, [1984].

Claimant demands trial by jury

DAte:  11-13-2014

 Council

Anthony Szach / Sui Juris

7559 Melon ct.

Gurnee, Ill. 60031

[1-847-548-9974]

Respectfully submitted

by ;  Anthony Szach

*anthony Szach*

OFFICIAL SEAL
BRIDGET VACCARO
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jan. 15, 2016

Bridget Vaccaro 11-10-14