27

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 26 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Anthony Szach | motion for stay of judgment/proceeding |
| Claimant | |
| v. | |
| VILLAGE OF LINDENHURST et al, ILLINOIS SECRETARY OF STATE Jesse White, NINETEENTH JUDICIAL CIRCUIT COURT OF LAKE COUNTY et al, ATTORNEY GENERAL Lisa Madigan | CASE No. 1: 14-cv-07441 Judge Ruben Castillo Date: 3-26-2015 |

**MOTION FOR STAY OF JUDGMENT/ PROCEEDING**

Claimant hereby requests the court motion for stay of proceeding in this case matter for

The following reason:

The claimant has filed a Substantiated Writ of Habeas Corpus in Federal District Court

Of Northern District Illinois, in regard to Court Case numbers

13- TR- 3300, 3301, 3302, 3303, which is the court matter that occurred in the Nineteenth

Judicial Court of Lake County, Illinois in which the claimant was or is the accused, convicted in

the Criminal or civil action, and did not appeal his conviction.

*Anthony Szach*

Submitted by:
Anthony Szach
In Propria Persona (Sui Juris
7559 melon ct
Gurnee, Il. (60031)
aszach@sbcglobal.net
Ph# 1-847-548-9974